H. Peter Evans, OSB 012532
Attorney for Plaintiff
Evans & Evans, PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Ph. 503-200-2723; Fx. 360-828-8724
peter@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRYAN BEATTY,<br><br>         Plaintiff,<br><br>  v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>         Defendant. | **Case No. 3:20-cv-01720-MC**<br><br>**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

  It is hereby ORDERED that fees in the amount of $7,054.93 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney and paralegal fees in the amount of $7,054.93 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

  If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

ORDER FOR EAJA FEES - 1
[3:20-cv-01720-MC]

IT IS SO ORDERED.

DATED this  21st  day of  June  2022.

                                                                     s/Michael J. McShane

                                                                     Honorable Michael J. McShane
                                                                     U.S. District Court Judge

Proposed Order submitted on June 16, 2022.

**/s/ H. Peter Evans**
H. Peter Evans, OSB 012532
Attorney for Plaintiff

ORDER FOR EAJA FEES - 2
[3:20-cv-01720-MC]